FILED IN OPEN COURT
ON 2-13-2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:19-CR-4-1D(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| LEMEYON CLASHAUN WALKER | ) | |

The Grand Jury charges that:

On or about December 3, 2017, in the Eastern District of North Carolina, the defendant, LEMEYON CLASHAUN WALKER, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 18, United States Code, Section 924(d), made applicable by Title 28, United States Code, Section 2461(c), all of the defendant's interest in the property specified herein is subject to forfeiture.

Upon conviction of the foregoing offense, the defendant shall forfeit to the United States any and all firearms and ammunition involved in or used in the knowing commission of the offense. The forfeitable property includes, but is not limited to, any and all ammunition.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

[Remainder of page intentionally left blank]

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL
REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 12 FEB 2019

ROBERT J. HIGDON, JR.
United States Attorney

By: *[signature]*
JAKE D. PUGH
Assistant United States Attorney
Criminal Division

3

USMJ Jones

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Northern Division)
## CRIMINAL DOCKET FOR CASE #: 2:19-cr-00004-D-1

Case title: USA v. Walker					Date Filed: 02/13/2019

Assigned to: District Judge James C. Dever, III

### Defendant (1)
**Lemeyon Clashaun Walker**

| **Pending Counts** | **Disposition** |
|---|---|
| Possession of firearm and ammunition by a convicted felon (1) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff
USA						represented by **Jake D. Pugh**
							United States Attorney's Office - EDNC

							150 Fayetteville Street, Suite 2100
							Raleigh, NC 27601
							919-856-4530
							Email: jacob.pugh@usdoj.gov
							*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2019 | 1 | INDICTMENT The foreperson's signature has been redacted pursuant to the E-Government Act. The unredacted version of this document has been filed under seal. as to Lemeyon Clashaun Walker (1) count 1. (Gessner, M.) (Entered: 02/13/2019) |
| 02/12/2019 | 2 | Unredacted Document Indictment (Gessner, M.) (Entered: 02/13/2019) |
| 02/12/2019 | 3 | Warrant Requested by USA as to Lemeyon Clashaun Walker. (Gessner, M.) (Entered: 02/13/2019) |
| 02/12/2019 | 5 | Penalty Sheet *(Selected Participants Only)* as to Lemeyon Clashaun Walker. (Gessner, M.) (Entered: 02/13/2019) |
| 02/13/2019 | 4 | Arrest Warrant Issued by Peter A. Moore, Jr., Clerk of Court in case as to Lemeyon Clashaun Walker. Original to US Marshal's Office for service. (Gessner, M.) (Entered: 02/13/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/29/2019 10:43:48 | | | |
| PACER Login: | Lwoodcock0425 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:19-cr-00004-D |
| Billable Pages: | 1 | Cost: | 0.10 |